1 **LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar #160913          **JS-6**
2 225 South Lake Avenue, Suite 200                    **E-FILED: 6/25/2008**
Pasadena, California 91101-3030
3 Telephone: (626) 449-1882
Facsimile: (626) 449-1958
4 lovelace@luch.com

5 Counsel for Plaintiffs, Trustees of the Southern
California Pipe Trades Health and Welfare Trust Fund, et al.

6

7

8                         UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10
TRUSTEES OF THE SOUTHERN              ) CASE NO.: 08-CV-00367 GHK (JWJ)
11 CALIFORNIA PIPE TRADES HEALTH AND   )
WELFARE TRUST FUND; et al.,           ) **ORDER APPROVING STIPULATION FOR**
12                                    ) **DISMISSAL WITHOUT PREJUDICE**
           Plaintiffs,                )
13                                    )
      vs.                             )
14                                    )
KREIT MECHANICAL ASSOCIATES,          )
15 INC., a California corporation,    )
EPHRAIM KREITENBERG, an               )
16 individual, SHAINDEE KREITENBERG,  )
an individual,                        )
17                                    )
           Defendants.                )
18 ─────────────────────────────────  )

19     Pursuant to the Stipulation of the parties for dismissal

20 without prejudice, and good cause appearing therefore,

21     IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

22 This action is dismissed without prejudice.  However, this Court

23 retains jurisdiction to enforce the parties' settlement including,

24 but not limited to, entering judgment, amending judgments, issuing

25 ///

26 ///

27 ///

28 ///

134454.1                              1

1  writs of execution and issuing other orders.  Plaintiffs may re-open
2  this case by filing a stipulation for entry of judgment or by filing
3  a stipulation for dismissal with prejudice.

DATED:  6/24/08                     _____
                                    UNITED STATES DISTRICT COURT JUDGE

Approved as to Form and Content:

DATED:  May ___, 2008         LAQUER, URBAN, CLIFFORD & HODGE LLP

                              By: _____
                                  Susan Graham Lovelace, Esq.
                                  Attorneys for Plaintiffs

DATED:  May ___, 2008         GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

                              By: _____
                                  Gary E. Scalabrini, Esq.
                                  Attorneys for Defendants
                                  Kreit Mechanical Associates, Inc.,
                                  Ephraim Kreitenberg and Shaindee
                                  Kreitenberg

134454.1                              2